DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWIN E. BOYD, SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3773

[February 24, 2016]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432002CF001520B.

Edwin E. Boyd, Sr., Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Gorham v. State,* 993 So. 2d 128 (Fla. 4th DCA 2008), *rev. denied,* 7 So. 3d 535 (Fla. 2009).

STEVENSON, MAY and FORST, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*